# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–17006–mkn</u>
Chapter 7

In re: (Name of Debtor)
    JUDY L CHANG
    1901 DESERT FALLS CT. UNIT 104
    LAS VEGAS, NV 89128

Social Security No.:
    xxx–xx–2478

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT DAVID A. ROSENBERG is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 8/13/10                  BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court