DAVID A. ROSENBERG
Nevada Bar No. 10738
U.S. BANKRUPTCY TRUSTEE
5030 Paradise Rd., #B-215
Las Vegas, Nevada   89119
Telephone:  (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

*Filed electronically August 17, 2010*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case No. BK-S  10-17006 MKN |
| | ) |
| CHANG, JUDY L | ) (X) **AMENDED** Report of Trustee at 341 Meeting |
| | ) (X) Initial Report of Trustee in Asset Case |
| | ) (  ) Trustee's Report of No Distribution in No Asset Case |
| | ) (  ) Debtor's Change of Address |

**( X )   REPORT OF TRUSTEE AT 341 MEETING**
  1.  Date of Meeting
  2.  (X) Meeting concluded
  3.  (  ) Meeting continued to

**(X)   INITIAL REPORT OF TRUSTEE IN ASSET CASE**
  1. (X) The trustee has found assets in this estate to be administered for the benefit of creditors, or believes there is a substantial likelihood that such assets will be recovered within a reasonable period of time.
  2. (X) Trustee requests a Notice to File Claims be sent.

**(  )   TRUSTEE'S REPORT OF NO DISTRIBUTION IN NO ASSET CASE**
  **Finding of No Assets**.  As the trustee of the estate of the above-named debtor(s), I report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and there is no property available for distribution from the estate over that exempted by law.

  Pursuant to FRBP 5009, I certify that the estate of the above-named debtor(s) has been fully administered.

  I request that this report be approved, and that I be discharged from any further duties as trustee.

**(  )   DEBTOR'S CHANGE OF ADDRESS:**

Dated: August 17, 2010          */s/ David A. Rosenberg*

DAVID A. ROSENBERG
U.S. BANKRUPTCY TRUSTEE